UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOMS FOR LIBERTY BRANCH AND
HILLSDALE COUNTY, et al.,

    Plaintiffs,

v.

REBECCA BURNS, et al.,

    Defendants.
_____/

Case No. 1:21-cv-959

Hon. Hala Y. Jarbou

## **ORDER**

This matter was removed from the 1st Circuit Court on November 10, 2021. Notices of removal from state to federal court normally include copies of all papers filed in the state court. *Cf.* 28 U.S.C. § 1446(a) (2000) (requiring attachment of "all process, pleadings, and orders served" upon removing defendants in the state action). It has come to the Court's attention that pleadings filed in the 1st Circuit Court are not contained in this court's records. The Court has the power under 28 U.S.C. § 1447(b) to require the removing party to file copies of all records and proceedings in the state court. Accordingly:

**IT IS ORDERED** that the removing Defendants shall file as a supplement to the original Notice of Removal copies of all records and proceedings of the state court in this matter no later than **November 29, 2021**.

Dated: November 15, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE