UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MOMS FOR LIBERTY BRANCH AND
HILLSDALE COUNTY;
JENNIFER WORTZ, Individually and by
Next of Friend of O.W., a minor;
And by STACY WOHLHETER, Individually
And by Next Friend of E. and A. W., minors,

    Plaintiffs,

v

REBECCA BURNS, in her official capacity as
Health Officer; BRANCH-HILLSDALE-ST. JOSEPH
COMMUNITY HEALTH AGENCY; and
READING COMMUNITY SCHOOLS,

    Defendants.

_____/

Case No. 1:21-cv-959

Hon. Hala Y. Jarbou

Hillsdale Co. Circuit Court No. 21-706-CZ
Hillsdale Co. Judge: Hon. Sara S. Lisznyai

Daren A. Wiseley (PP85220)
Attorney for Plaintiffs
41 ½ E. Bacon St.
Hillsdale, MI 49242
(517) 234-4020

ROSATI, SCHULTZ, JOPPICH &
AMTSBUECHLER, P.C.
Andrew J. Brege (P71474)
Attorney for Defendants Burns and
Branch-Hillsdale-St. Joseph CHA
822 Centennial Way, Ste. 270
Lansing, MI 48917
(517) 886-3800
abrege@rsjalaw.com

GIARMARCO, MULLINS & HORTON, P.C.
Travis Comstock (P72025)
Attorney for Defendant Reading
Community Schools
Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, Michigan 48084-5280
(248) 457-7036
tcomstock@gmhlaw.com

_____/

**DEFENDANT BURNS AND BRANCH-HILLSDALE-ST. JOSEPH CHA'S
12(b)(1) and (b)(6) MOTION TO DISMISS IN LIEU OF ANSWER**

**NOW COME** the Defendants Rebecca Burns and Branch-Hillsdale-St. Joseph Community Health Agency, through counsel, and pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6), move this court to dismiss Plaintiffs' complaint for the reasons more thoroughly set forth in the attached brief in support. On November 17, 2021, undersigned counsel sought concurrence in the requested relief, but as of the time of filing, has received no response from Plaintiffs' counsel.

        Respectfully submitted,

        ROSATI SCHULTZ JOPPICH &
        AMTSBUECHLER, P.C.

        /s/ Andrew J. Brege
        Andrew J. Brege (P71474)
        Attorney for Defendant Burns and
        Branch-Hillsdale-St. Joseph CHA
        822 Centennial Way, Ste. 270
        Lansing, MI 48917

Dated: November 17, 2021        (517) 886-3800

**PROOF OF SERVICE**

I hereby certify that on November 17, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record identified in the caption.

Respectfully submitted,

ROSATI SCHULTZ JOPPICH & AMTSBUECHLER, P.C.

/s/ Andrew J. Brege
Andrew J. Brege (P71474)
Attorney for Defendant Burns and Branch-Hillsdale-St. Joseph CHA
822 Centennial Way, Ste. 270
Lansing, MI 48917
(517) 886-3800

Dated: November 17, 2021