UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MOMS FOR LIBERTY BRANCH AND
HILLSDALE COUNTY, et al.,

    Plaintiffs,

v.

REBECCA BURNS, et al.,

    Defendants,
_____/

Hon. Phillip J. Green

Case No. 1:21-cv-00959-PJG

## ORDER

The Parties appeared on January 24, 2022, for an Early Settlement Conference. The Court determined that a settlement would not be productive at this time. Accordingly,

**IT IS ORDERED** that the Stay in this matter is hereby **LIFTED**.

**IT IS FURTHER ORDERED** that Defendants' reply briefs, regarding the pending Motions to Dismiss (ECF No. 7, 8), shall be filed on or before February 7, 2022.

**IT IS SO ORDERED**.

Date: January 25, 2022

    /s/ Phillip J. Green
    PHILLIP J. GREEN
    United States Magistrate Judge